**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **JOHN LAWRENCE BONNEFANT,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| vs. | ) | **Case No. 06-3478-CV-S-GAF** |
| | ) | |
| **JOSEPH E. GUNJA, Warden,** | ) | |
| **United States Medical Center,** | ) | |
| | ) | |
| **Respondent.** | ) | |

**ORDER**

Now pending before the Court is Petitioner's Petition for Writ of Habeas Corpus. On May 3, 2007, Chief United States Magistrate Judge James C. England issued his Report and Recommendation. On May 31, 2007, Petitioner filed his opposition to the Report and Recommendation.

Upon careful and independent review of the pending motion, Defendant's objections to the Magistrate's Report and Recommendation, as well as the applicable law, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of Chief United States Magistrate Judge James C. England.

Accordingly, it is hereby ORDERED that Petitioner's Petition for Writ of Habeas Corpus is denied.

SO ORDERED.

s/ Gary A. Fenner
GARY A. FENNER, JUDGE
UNITED STATES DISTRICT COURT

DATED:   June 20, 2007